IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00684-BNB

WILLIE McCRAY,
    Plaintiff,

v.

[NO DEFENDANT NAMED],
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Willie McCray is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Lewisburg, Pennsylvania. Mr. McCray was incarcerated at a federal prison in Florence, Colorado, when he initiated this action by filing *pro se* a letter to the Court complaining about the conditions of his confinement at the Florence prison. In an order filed on April 5, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. McCray to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. McCray to file a Prisoner Complaint and either to pay the $350.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. McCray was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On May 14, 2007, Mr. McCray filed a notice of change of address stating that he had been transferred to the Lewisburg prison on April 25, 2007. Mr. McCray has filed

other notices in this action stating that he has not been issued his personal property following his transfer and that his completed complaint is with his personal property. In response to those notices, Magistrate Judge Boland has granted Mr. McCray extensions of time to cure the deficiencies in this action. Finally, on July 31, 2007, Magistrate Judge Boland entered an order granting Mr. McCray one final extension of time to cure the deficiencies in this action. Magistrate Judge Boland noted that it was not clear when Mr. McCray would be provided access to his personal property. Magistrate Judge Boland advised Mr. McCray to rewrite his complaint if he still did not have access to his personal property. On August 6, 2007, Mr. McCray filed a notice stating that he has not received his property and that he intends to pursue his claims at his next designation. On August 20, 2007, Mr. McCray filed another notice complaining about Magistrate Judge Boland's July 31 order.

Mr. McCray has not cured the deficiencies in this action within the time allowed. The Court has reviewed Magistrate Judge Boland's July 31 order and finds that the July 31 order is not clearly erroneous or contrary to law. Mr. McCray initiated this action by complaining about the conditions of his confinement at a federal prison in Colorado. The problems Mr. McCray alleges he is encountering in his efforts to acquire his personal property following his transfer are the result of actions by prison officials in Pennsylvania who are not parties to this action. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00684-BNB

Willie J. McCray
Reg. No. 24599-018
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk